# LEVI LUBARSKY & FEIGENBAUM LLP

ATTORNEYS AT LAW

1185 AVENUE OF THE AMERICAS

17TH FLOOR

NEW YORK, NEW YORK 10036

TEL. (212) 308-6100

FAX (212) 308-8830

WWW.LLF-LAW.COM

January 15, 2015

*Via ECF and email*

Honorable Thomas P. Griesa
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007

Re:     *NML Capital v. Republic of Argentina*, No. 08 Civ. 6978 (TPG) and related cases

Dear Judge Griesa:

I write to respectfully request that I be terminated as an attorney in the above-captioned case and the related cases on the annexed list, as I am leaving Levi Lubarsky & Feigenbaum LLP on January 16, 2015.

Thank you for your consideration of this matter.

Respectfully submitted,

Alan H. Scheiner

cc: All counsel of record (via ECF)

RELATED CASES

*NML Capital v. Republic of Argentina*, No. 09 Civ. 1707 (TPG)

*NML Capital v. Republic of Argentina*, No. 09 Civ. 1708 (TPG)

*Aurelius Capital Master, Ltd. v. Republic of Argentina*, No. 09 Civ. 8757 (TPG)

*Aurelius Capital Master, Ltd. v. Republic of Argentina*, No. 09 Civ. 10620 (TPG)

*Aurelius Opportunities Fund II, LLC v. Republic of Argentina*, No. 10 Civ. 1602 (TPG)

*Aurelius Opportunities Fund II, LLC v. Republic of Argentina*, No. 10 Civ. 3507 (TPG)

*Aurelius Capital Master, Ltd. v. Republic of Argentina*, No. 10 Civ. 3970 (TPG)

*Blue Angel Capital I LLC v. Republic of Argentina*, No. 10 Civ. 4101 (TPG)

*Blue Angel Capital I LLC v. Republic of Argentina*, No. 10 Civ. 4782 (TPG)

*Varela v. Republic of Argentina*, No. 10 Civ. 5338 (TPG)

*Aurelius Capital Master, Ltd. v. Republic of Argentina*, No. 10 Civ. 8339 (TPG)

*Olifant Fund, Ltd. v. Republic of Argentina*, No. 10 Civ. 9587 (TPG)